1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARK A. THOMPSON,                    No.  2:25-cv-1815-JDP (P)

12          Plaintiff,

13      v.                               ORDER

14   ADAM BUSTAMANTE *et al.*,

15          Defendants.

16

17          On August 5, 2025, I dismissed plaintiff's complaint with leave to amend.  ECF No. 6.

18   Plaintiff filed a first amended complaint, ECF No. 9, on August 7, 2025.  That same day, he filed

19   a motion to amend, ECF No. 10, seeking to change the name of a defendant.  Then, on September

20   2, 2025, he filed a motion seeking a sixty-day extension of time for "proper reassurance of facts

21   on [the] amended complaint."  ECF No. 11 at 1.  Out of an abundance of caution, I will delay

22   screening the current amended complaint, grant plaintiff's first motion in full, and his second in

23   part.  Plaintiff shall have forty-five days from the date of this order, not sixty, in which to file a

24   second amended complaint.  He is cautioned that any new complaint must be complete in itself

25   and may not refer to any previous filing.  It will also supersede any previous complaint.  If he

26   fails to file an amended complaint within the forty-five-day deadline, I will screen the first

27   amended complaint.

28

                                            1

1        Accordingly, it is hereby ORDERED that:

2        1.  Plaintiff's motion to amend complaint, ECF No. 10, is GRANTED.

3        2.  Plaintiff's motion for extension of time, ECF No. 11, is GRANTED in part.  He must

4 file his amended complaint within forty-five days of the date of this order's entry.

5        3.  The Clerk of Court shall send plaintiff a complaint form with this order.

6

7 IT IS SO ORDERED.

8

   Dated:    September 26, 2025                                

9                                           JEREMY D. PETERSON

10                                           UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28