UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK A. THOMPSON,

        Plaintiff,

    v.

ADAM BUSTAMENTE, et al.,

        Defendant.

Case No.  2:25-cv-1815-JDP (P)

ORDER

Plaintiff, a state prisoner, brought this action pursuant to section 1983.  Currently, his amended complaint is due April 17, 2026. ECF No. 18.  Pending is plaintiff's motion for reconsideration, ECF No. 19, asking me to reconsider my decision to deny him appointment of counsel.  Therein, he argues that the United States Constitution provides indigent criminal defendants with the right to an attorney at no cost, if they cannot afford to retain counsel.  *Id.* at 1. He is correct, but, as I explained in my order denying appointment, there is no right to counsel in a civil case like the one at bar.  *See Adir Int'l, LLC v. Starr Indem. & Liab. Co.*, 994 F.3d 1032, 1038-1039 (9th Cir. 2021) ("[T]his court has long held that there is no constitutional right to counsel in a civil case.") (internal quotation marks and citations omitted).  Additionally, while plaintiff appears to allege that he is legally incompetent, but, at this juncture, he appears capable

1

of making himself understood in his filings.  As a practical matter, obtaining counsel to represent civil litigants is extraordinarily difficult, and the court will attempt to do so only in the most extreme circumstances.  Those circumstances are not evident here, and I decline to reconsider my decision to deny appointment of counsel.  If plaintiff needs additional time to comply with court deadlines due to his lack of familiarity with the law, he may motion for reasonable extensions of time.

Accordingly, it is ORDERED that plaintiff's motion for reconsideration, ECF No. 19, is DENIED.

IT IS SO ORDERED.

Dated:    March 24, 2026                        _____
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE

2